STATE OF NEW JERSEY v. LORETTA RUVOLO.

October 3, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LORETTA RUVOLO.

October 3, 1985.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. ROBERTO ORTIZ.

October 3, 1985.

Petition for certification denied.   (See 203 *N.J. Super.* 518)

STATE OF NEW JERSEY v. CAREY LUNSFORD.

October 3, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS DE MICHAEL.

October 3, 1985.

Petition for certification denied.